ROSEN v. BRODSKEY.

(Supreme Court, Appellate Term.  March 24, 1899.)

PLEADING—VARIANCE.
Under a complaint for conversion, no recovery can be had on a cause of action on contract.

Appeal from municipal court, borough of Manhattan, Fourth district.

Action by Moses Rosen against Max Brodskey.  There was a judgment for defendant, and plaintiff appeals.  Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Fleugelman & Bach, for appellant.
Friend, House & Grossman, for respondent.

FREEDMAN, P. J.  The complaint in this action was for a conversion, and the answer a general denial.  The case contains conflicting evidence, and seems to have been tried by both parties more in the nature of an accounting than otherwise; but the judgment for the defendant is clearly right, because no recovery upon a cause of action founded upon contract could be had under the pleadings, and the testimony wholly failed to establish conversion.

Judgment should be affirmed, with costs.  All concur.